S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**KEMP L. STRICKLAND, OSB #96118**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
kemp.strickland@usdoj.gov
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.  3: 10-CR-00377-03-HA |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ZERICK DAWSON,** | |
| Defendant. | Sentencing Date: **April 2, 2012 at 10:30 a.m.** |

The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and Kemp L. Strickland, Assistant United States Attorney, respectfully submits the Government's Sentencing Memorandum for the Court's consideration.  There are no issues between the parties at sentencing.  The parties jointly[1] recommend a sentence of 114 months custody followed by 5 years of supervised release.  The government is not seeking restitution.

---

[1] At the time of the plea agreement, the parties believed defendant would fall within Criminal History Category III or IV.  The resulting advisory guideline ranges were 108-135 and 121-151 months custody.  For the purposes of sentencing, the parties agree that a 114 month sentence represents the difference between the low end 108 and 121 month sentences contemplated by the plea agreement and recommend it to the Court.

**Page 1 - GOVERNMENT'S SENTENCING MEMORANDUM**
 *United States v. Zerick Dawson*, **10-CR-377-03-HA**

For the reasons set forth above, the government respectfully requests that the Court sentence defendant Dawson to 114 months' imprisonment, 5 years of supervised release, and all of the recommended conditions of supervision noted in the Pre-Sentence Report. This type of sentence is warranted in this case and would provide a sentence that is sufficient, but not greater than necessary, pursuant to 18 U.S.C. § 3553(a). *See United States v. Tankersley*, 537 F.3d 1100, 1114-15 (9th Cir. 2008) ("The district court is charged with the responsibility of imposing a sentence that is "sufficient, but not greater than necessary") (citations omitted).

DATED this 28th day of March 2012.

                                            Respectfully submitted,

                                            S. AMANDA MARSHALL
                                            United States Attorney
                                            District of Oregon

                                            */s/ Kemp L. Strickland*
                                            KEMP L. STRICKLAND  OSB #96118
                                            Assistant United States Attorney
                                            (503) 727-1000